IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LESLEE MARIE LOBATO,

        Plaintiff,

No. 1:17-cv-00907-KRS

v.

NANCY A. BERRYHILL, Acting Commissioner
of the Social Security Administration,

        Defendant.

### ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS*

**THIS MATTER** comes before the Court upon Plaintiff's Motion to Proceed *In Forma Pauperis* with Financial Affidavit Pursuant to 28 U.S.C. § 1915, filed September 1, 2017. [Doc. No. 2]. Having reviewed the motion, the Court FINDS and CONCLUDES that Plaintiff has successfully established that she is unable to prepay the required filing fee and/or that so doing will cause her substantial hardship. *See* 28 U.S.C. § 1915(a)(1).

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion to Proceed *In Forma Pauperis* is hereby **GRANTED.**

*/s/ Kevin Sweazea*
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE