# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**LESLEE MARIE LOBATO,**

        **Plaintiff,**

vs.                                                         **No. CV 17-907 KRS**

**NANCY A. BERRYHILL, Acting**
**Commissioner of the Social Security**
**Administration,**

        **Defendant.**

## ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME

THIS MATTER coming before the Court upon Plaintiff's Unopposed Motion for Extension of Time (Doc. 14), it being stated that opposing counsel concurs in the granting of the Motion, and the Court having read the Motion and being fully advised of the premises,

IT IS THEREFORE ORDERED that Plaintiff is granted through February 16, 2018, to serve her Motion to Reverse or Remand Administrative Agency Decision with Supporting Memorandum.

IT IS FURTHER ORDERED that Defendant is granted through March 19, 2018 to serve her Response, and Plaintiff through March 30, 2018 to serve her Reply.

                                                        _/s/ Kevin Sweazea_
                                                    HONORABLE KEVIN R. SWEAZEA
                                                    UNITED STATES MAGISTRATE JUDGE